*Timothy J. Sugrue,* senior assistant state's attorney, and *Leon F. Dalbec, Jr.,* senior assistant state's attorney, in support of the petition.

*Adele V. Patterson,* assistant public defender, in opposition.

Decided November 21, 2002

CADLE COMPANY *v.* ROBERT ERRATO ET AL.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Kerry M. Wisser, Nathan A. Schatz* and *Thomas G. Benneche,* in support of the petition.

*Paul N. Gilmore,* in opposition.

Decided December 4, 2002

MICHAEL CONTADINI *v.* DAVID L. DEVITO, EXECUTOR (ESTATE OF FRANCES DEVITO)

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Cesar A. Noble,* in support of the petition.

*Robert P. Hanahan,* in opposition.

Decided December 4, 2002